UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2022 JUN -2 PM 1: 11
CLERK
BY AL
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 5:22-cr-62-1 |
| v. | ) |
| | ) (18 U.S.C. § 245(b)(2)(B)) |
| MICHAEL GOSSELIN | |

## INDICTMENT

The Grand Jury charges:

On or about June 29, 2021, in the District of Vermont, defendant MICHAEL GOSSELIN, by force and threat of force, willfully intimidated, interfered with and attempted to injure, intimidate and interfere with a person because of her race and color while she was enjoying a benefit and facility provided by a state or subdivision thereof, and used and attempted to use a dangerous weapon in the course of such acts.

(18 U.S.C. § 245 (b)(2)(B))

A TRUE BILL

FOREPERSON

*Nikolas P. Kerest by Eapc*
NIKOLAS P. KEREST (EAPC)
United States Attorney
Burlington, Vermont
June 2, 2022