AO 442 (Rev. 11/11) Arrest Warrant

RCVD U.S. MARSHALS VT
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2022 JUN 30 PM 2: 28
CLERK
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America
v.

MICHAEL GOSSELIN

_Defendant_

Case No. 5:22-cr-62-1

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   MICHAEL GOSSELIN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Willfully intimidated, interfered with and attempted to injure and interfere with a person based on their race and color, on or about June 29, 2021. (18 U.S.C. § 245 (b)(2)(B))

Date:   06/02/2022

_Issuing officer's signature_

City and state:   BURLINGTON, VT

GAil Greenia, Deputy Clerk
_Printed name and title_

### Return

This warrant was received on _(date)_ 6-22-2022, and the person was arrested on _(date)_ 6-30-2022
at _(city and state)_ Winooski, VT.

Date: 6-30-2022

_Arresting officer's signature_ For FBI

John Curtis - SDUSM
_Printed name and title_